**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TODD LEPPER, GARY SALESMAN,
and all others similarly situated,                                Case No. 2:14-cv-10089

                Plaintiffs,                                Hon. George Caram Steeh

                v.

AMCOMM TELECOMMUNICATIONS, INC.,

                Defendant.

---

| | |
|---|---|
| Harold L. Lichten (Mass. BBO #549689) | David B. Timmis (P40539) |
| LICHTEN & LISS-RIORDAN, P.C. | Timothy J. Connaughton (P60345) |
| Attorneys for Plaintiffs | VANDEVEER GARZIA, P.C. |
| 100 Cambridge Street, 20th Floor | Attorneys for Defendant |
| Boston, MA 02114 | 1450 W. Long Lake Road, Suite 100 |
| (617) 994-5800 | Troy, MI 48098 |
| hlichten@llrlaw.com | (248) 312-2800 |
| | dtimmis@vgpclaw.com |
| | tconnaughton@vgpclaw.com |
| David M. Blanchard (P67190) | |
| Edward A. Macey (P72939) | |
| NACHT, ROUMEL, SALVATORE, | |
| BLANCHARD & WALKER, P.C. | |
| Attorneys for Plaintiffs | |
| 101 N. Main Street, Ste. 555 | |
| Ann Arbor, MI 48104 | |
| (734) 663-7550 | |
| dblanchard@nachtlaw.com | |
| emacey@nachtlaw.com | |

---

## **STIPULATED ORDER TO STAY PROCEEDINGS**

THIS MATTER having come before the Court by way of the parties' stipulation and the Court being otherwise advised, orders as follows:

IT IS HEREBY ORDERED that the above-captioned matter is stayed until a verdict has been reached in the related case of *Swinney v. AmComm Telecommunications, Inc.,* Case No. 2:12-cv-2925, which is scheduled for a bench trial before Magistrate Judge Grand on December 8, 2014.

Dated: October 14, 2014          s/George Caram Steeh
                                 United States District Judge

## **STIPULATION**

The parties, by and through their respective attorneys, stipulate to the entry of this order. In the above-referenced matter, Plaintiffs were two cable installation technicians of AmComm Telecommunications, Inc. They bring claims under the Fair Labor Standards Act alleging they were misclassified as "independent contractors." The claims and defenses are similar to the related case of *Swinney v. AmComm Telecommunications, Inc.,* Case No. 2:12-cv-2925. That case is scheduled for a bench trial before Magistrate Judge Grand on December 8, 2014. The Jury Trial is being conducted on the singular issue to determine whether AMComm Telecommunications, Inc. misclassified technicians as independent contractors.

Respectfully submitted,

| | |
|---|---|
| NACHT, ROUMEL, SALVATORE, BLANCHARD & WALKER, P.C. | VANDEVEER GARZIA, P.C. |
| /s/ Edward A. Macey | /s/ "with consent of" David B. Timmis |
| Edward A. Macey (P72939) | David B. Timmis (P 40539) |
| Attorney for Plaintiffs | Attorneys for Defendant |
| 101 North Main Street, Suite 555 | 1450 W. Long Lake Road, Suite 100 |
| Ann Arbor, MI 48104 | Troy, MI 48098 |
| (734) 663-7550 | (248) 312-2800 |
| emacey@nachtlaw.com | dtimmis@vgpclaw.com |

Dated:  October 13, 2014